UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- v. -

$15,568,273 IN UNITED STATES CURRENCY,

Defendant-*in-rem.*

JUDGMENT OF FORFEITURE

26 Civ. 5553 (RA)

WHEREAS, on or about June 30, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. $15,568,273 in United States currency

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), as the Defendant-*in-rem* constitutes property constituting or derived from proceeds traceable to wire fraud and conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1349;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 11, 2026, through August 9, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, BDO Seidman LLP (later known as BDO USA, LLP) ("BDO") consented to forfeiture of the Defendant-*in-rem* pursuant to a deferred prosecution agreement that BDO entered with the Government on June 6, 2012, and waived all rights to service or notice of this civil forfeiture proceeding;

WHEREAS, BDO is the only individual and/or entity known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is forfeited to the Plaintiff United States of America.

2. The United States Department of Treasury (or its designee) shall dispose of the Defendant-*in-rem* according to law.

Dated: New York, New York
October 16, 2026

SO ORDERED:

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE